Form 200

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.:  20–80005

IN THE MATTER OF:
Governors Club Shack, LLC      82–3727328
dba Al's Pub Shack
dba Al's Burger Shack
50050 Governor's Drive
Chapel Hill, NC 27517

   Debtor(s)

## FINAL DECREE

   **IT APPEARING** that James B. Angell , Trustee of the above referenced case, has reduced the property and effects of the estate to cash; that the Trustee has made distribution and has rendered a full and complete account thereof; and that said Trustee has performed all duties requested by the Court in the administration of said estate; and for sufficient reasons appearing,

   **IT IS ORDERED** that the account of the Trustee be, and hereby is approved and allowed, and that said estate be, and hereby is closed; that the Trustee be and hereby is, discharged from and relieved of the position of trust in said case.

Dated: 4/19/23

LENA MANSORI JAMES
United States Bankruptcy Judge